■ MARIE G. FINOCCHIARO, Appellant, v DAVID STECKLER, Respondent. (And a Third-Party Action.) [704 NYS2d 853] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Belen, J.), dated February 9, 1999, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The defendant sustained his initial burden of demonstrating his entitlement to judgment as a matter of law by submitting evidence that his vehicle was stopped when the rear-end collision occurred (*see, Power v Hupart,* 260 AD2d 458). Contrary to the plaintiff's contention, she failed to raise a triable issue of fact as to whether the defendant was negligent (*see, Dwyer v Cohen,* 262 AD2d 600). Therefore, the Supreme Court properly granted the defendant's motion for summary judgment (*see, Alvarez v Prospect Hosp.,* 68 NY2d 320). Thompson, J. P., Sullivan, Krausman and Smith, JJ., concur.

■ MERYL G. FRAGUELA, Appellant, v NORWEST MORTGAGE, INC., Respondent. [704 NYS2d 516] —In an action to recover damages for fraud and breach of contract, the plaintiff appeals from (1) an order of the Supreme Court, Dutchess County (Bellantoni, J.), dated December 22, 1998, which granted the defendant's motion to vacate a judgment of the same court, entered July 15, 1998, in favor of the plaintiff and against it upon its default in appearing or answering, and (2) an order of the same court (LaCava, J.), dated May 6, 1999, which denied the plaintiff's motion to stay enforcement of a judgment, entered October 10, 1997, in a related action entitled *Norwest Mtge. v Fraguela,* pending in the Supreme Court, Dutchess County under Index No. 6155/96.

Ordered that the orders are affirmed, with one bill of costs.

The Supreme Court providently exercised its discretion in granting the defendant's motion to vacate the judgment entered July 15, 1998, upon its default in appearing or answering (*see, Roussodimou v Zafiriadis,* 238 AD2d 568).

The Supreme Court also properly denied the plaintiff's motion to stay enforcement of the judgment entered October 10, 1997, in a related action entitled *Norwest Mtge. v Fraguela,* pending in the Supreme Court, Dutchess County under Index No. 6155/96, since the plaintiff failed to establish entitlement to the relief sought (*see, Koeppel v Schroder,* 122 AD2d 780). Bracken, J. P., Joy, Thompson, Goldstein and Feuerstein, JJ., concur.